ROBERT BOOCHEVER
SENIOR CIRCUIT JUDGE
125 S. GRAND AVE.
P.O. BOX 91510
PASADENA, CA 91109-1510

(626) 229-7200



May 29, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D. C. 20544

Re: Calendar Year Filing 2008 for Judge Robert Boochever

Dear Judge Baldock,

This letter is in response to your letter of May 13, 2009, regarding the items that were not in my 2008 Financial Disclosure Report.

Enclosed are the amended pages (5 and 6) with the corrections on lines 25, 30, and 34 on page 5, and line 39 on page 6, showing the buys for these items in 2008.

Should you have any questions, please contact me at (626) 229-7200.

Sincerely,

Robert Boochever

Enclosures

RB:jte

RECEIVED 2009 JUN -5 A 3: 25 FINANCIAL DISCLOSURE OFFICE

Boochever_Robert

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/26/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CA STATE 4.75 9/1/23 | B | Interest | J | T | | | | | |
| 19. CA STATE 6.75 7/1/17 | A | Interest | J | T | | | | | |
| 20. CA STATE 5.00 10/1/23 | C | Interest | L | T | Redeemed (part) | 04/01 | J | A | |
| 21. CA STATE 5.00 2/1/23 | B | Interest | K | T | | | | | |
| 22. CA STATE 5.00 2/1/21 | C | Interest | | | Redeemed | 02/01 | M | A | |
| 23. CA STATE 4.25 08/33 | C | Interest | L | T | Buy | 03/20 | L | | |
| 24. CA STATE 6.00 10/1/21 | A | Interest | K | T | | | | | |
| 25. CA STATE 7.20 5/1/08 | B | Interest | | | Matured | 05/01 | K | A | |
| 26. CA STATE 4.75 12/1/25 | C | Interest | K | T | | | | | |
| 27. CALTECH 4.25% 10/1/28 | A | Interest | K | T | | | | | |
| 28. CALTECH 4.5 2008 | B | Interest | K | T | | | | | |
| 29. CARLSBAD, CA HOUSING 9/1/19 | B | Interest | K | T | | | | | |
| 30. CENTURY TEL | B | Dividend | K | T | Buy | 08/13 | K | | |
| 31. Citigroup VIII | C | Dividend | K | T | | | | | |
| 32. COCA COLA | A | Interest | K | T | | | | | |
| 33. CONTRA COSTA CITY, HOME MTG. REV | A | Interest | J | T | | | | | |
| 34. GE CAP 4% 5/2011 | C | Interest | L | T | Buy | 04/29 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 36. HOME DEPOT | A | Dividend | | | Sold | 12/29 | K | A | |
| 37. INT'L BUSINESS MACHINES | B | Dividend | M | T | | | | | |
| 38. HONEYWELL | A | Dividend | K | T | | | | | |
| 39. METROPOLITAN WATER 4.375 7/37 | C | Interest | L | T | Buy | 03/05 | L | | |
| 40. METROPOLITAN WATER 4.75 7/1/22 | C | Interest | | | Redeemed | 07/01 | L | A | |
| 41. NEW YORK LIFE INS. POLICIES | A | Dividend | L | T | | | | | |
| 42. NUVEEN, CA INV. QUALITY MUN. FUND | A | Interest | K | T | | | | | |
| 43. ONTARIO, CA REDEV. FIN. AUTHO. | A | Interest | K | T | | | | | |
| 44. ORANGE COUNTY CAL. APT. REV. | A | Interest | J | T | | | | | |
| 45. PASADENA 5.25% 7/1/24 | C | Interest | L | T | | | | | |
| 46. PETROLEUM & RES | A | Dividend | K | T | | | | | |
| 47. PFIZER | A | Dividend | K | T | | | | | |
| 48. P. RICO HOUSING FIN. CORP. REV. | A | Interest | J | T | | | | | |
| 49. SAFECO LIFE INSURANCE | B | Interest | K | T | | | | | |
| 50. SAN FRANCISCO 6.85% 9/2/26 | A | Interest | K | T | | | | | |
| 51. Stanford 5% 11/2/21 | C | Interest | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Boochever, Robert | 2. Court or Organization  U.S. Court Of Appeals 9th Cir. | 3. Date of Report  03/26/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  P.O. Box 91510 Pasadena, CA 91109-1510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

■ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/08 | STATE OF ALASKA - JUDICIAL RETIREMENT | $49,801.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/26/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/26/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALASKA BANK | | None | J | T | | | | | |
| 2. ALLSTATE CORPORATION | A | Dividend | K | T | | | | | |
| 3. AMERICAN EXPRESS CO. | A | Dividend | L | T | | | | | |
| 4. AMERICAN INT'L | A | Dividend | | | Sold | 05/13 | K | A | |
| 5. AMERIPRISE | A | Dividend | K | T | | | | | |
| 6. AMGEN | | None | K | T | | | | | |
| 7. BARKLEY 5.4 2008 | C | Interest | | | Matured | 05/08 | L | A | |
| 8. BAXTER, INTL | A | Dividend | K | T | | | | | |
| 9. BECTON DICKESON | A | Dividend | K | T | | | | | |
| 10. BERKSHIRE HATHAWAY | | None | L | T | | | | | |
| 11. BRENTWOOD, CA IND INFRA SERIES B | A | Interest | J | T | | | | | |
| 12. CA ED, STANFORD | D | Interest | L | T | | | | | |
| 13. CAL STANFORD 5.125 1/1/31 | C | Interest | K | T | | | | | |
| 14. CA. STATE 5% 11/1/22 | C | Interest | L | T | | | | | |
| 15. CA. STATE 5% 10/1/32 | C | Interest | K | T | | | | | |
| 16. CAL STATE 5% 11/1/22 | B | Interest | K | T | Redeemed (part) | 05/01 | J | A | |
| 17. CAL STATE 5% 2/1/23 | B | Interest | K | T | Redeemed (part) | 02/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/26/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CA STATE 4.75 9/1/23 | B | Interest | J | T | | | | | |
| 19. CA STATE 6.75 7/1/17 | A | Interest | J | T | | | | | |
| 20. CA STATE 5.00 10/1/23 | C | Interest | L | T | Redeemed (part) | 04/01 | J | A | |
| 21. CA STATE 5.00 2/1/23 | B | Interest | K | T | | | | | |
| 22. CA STATE 5.00 2/1/21 | C | Interest | | | Redeemed | 02/01 | M | A | |
| 23. CA STATE 4.25 08/33 | C | Interest | L | T | | | | | |
| 24. CA STATE 6.00 10/1/21 | A | Interest | K | T | | | | | |
| 25. CA STATE 7.20 5/1/08 | B | Interest | | | Matured | 05/01 | K | A | |
| 26. CA STATE 4.75 12/1/25 | C | Interest | K | T | | | | | |
| 27. CALTECH 4.25% 10/1/28 | A | Interest | K | T | | | | | |
| 28. CALTECH 4.5 2008 | B | Interest | K | T | | | | | |
| 29. CARLSBAD, CA HOUSING 9/1/19 | B | Interest | K | T | | | | | |
| 30. CENTURY TEL | B | Dividend | K | T | | | | | |
| 31. Citigroup VIII | C | Dividend | K | T | | | | | |
| 32. COCA COLA | A | Interest | K | T | | | | | |
| 33. CONTRA COSTA CITY, HOME MTG. R EV | A | Interest | J | T | | | | | |
| 34. GE CAP 4% 5/2011 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less F =S50,001 - S100,000 | B =S1,001 - S2,500 G =S100,001 - S1,000,000 | C =S2,501 - S5,000 H1 =S1,000,001 - S5,000,000 | D =S5,001 - S15,000 H2 =More than S5,000,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less N =S250,001 - S500,000 P3 =S25,000,001 - S50,000,000 | K =S15,001 - S50,000 O =S500,001 - S1,000,000 | L =S50,001 - S100,000 P1 =S1,000,001 - S5,000,000 P4 =More than S50,000,000 | M =S100,001 - S250,000 P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/26/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 36. HOME DEPOT | A | Dividend | | | Sold | 12/29 | K | A | |
| 37. INT'L BUSINESS MACHINES | B | Dividend | M | T | | | | | |
| 38. HONEYWELL | A | Dividend | K | T | | | | | |
| 39. METROPOLITAN WATER 4.375 7/37 | C | Interest | L | T | | | | | |
| 40. METROPOLITAN WATER 4.75 7/1/22 | C | Interest | | | Redeemed | 07/01 | L | A | |
| 41. NEW YORK LIFE INS. POLICIES | A | Dividend | L | T | | | | | |
| 42. NUVEEN, CA INV. QUALITY MUN. FUND | A | Interest | K | T | | | | | |
| 43. ONTARIO, CA REDEV. FIN. AUTHO. | A | Interest | K | T | | | | | |
| 44. ORANGE COUNTY CAL. APT. REV. | A | Interest | J | T | | | | | |
| 45. PASADENA 5.25% 7/1/24 | C | Interest | L | T | | | | | |
| 46. PETROLEUM & RES | A | Dividend | K | T | | | | | |
| 47. PFIZER | A | Dividend | K | T | | | | | |
| 48. P. RICO HOUSING FIN. CORP. REV. | A | Interest | J | T | | | | | |
| 49. SAFECO LIFE INSURANCE | B | Interest | K | T | | | | | |
| 50. SAN FRANCISCO 6.85% 9/2/26 | A | Interest | K | T | | | | | |
| 51. Stanford 5% 11/2/21 | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/26/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   University CAL 5% 9/1/28 | C | Interest | L | T | | | | | |
| 53.   UST NOTES 4.375 2008 | A | Interest | | | Matured | 01/31 | K | A | |
| 54.   UST NOTES 4.625 2008 | C | Interest | | | Matured | 02/29 | L | A | |
| 55.   UTS MUNIE INV. TR. 201 | B | Interest | K | T | | | | | |
| 56.   VERIZON | A | Dividend | K | T | | | | | |
| 57.   VANGUARD SP. HEALTH | A | Dividend | M | T | | | | | |
| 58.   WELLS FARGO | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/26/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544